PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Patrick Musa                                              Docket No. 07CR275

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Kenneth Rowan** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Patrick Musa**, who was placed under pretrial release supervision by the **Honorable Claire C. Cecchi, U.S. Magistrate Judge**, sitting in the Court at 50 Walnut Street, Newark, New Jersey, on April 13, 2007, under the following conditions:

1. Pretrial Services Supervision
2. Home confinement with electronic monitoring with exceptions to leave his residence for attorney visits, medical needs, court proceedings, and employment, as deemed appropriate by Pretrial Services
3. The defendant is to reside with his father at 382 Wallingford Terrace, Union, New Jersey
4. The defendant's father will act as third party custodian
5. Drug testing and treatment, as deemed appropriate by Pretrial Services
6. Mental health treatment, as deemed necessary by Pretrial Services
7. Surrender travel documents and do not apply for new documents
8. Travel restricted to New Jersey

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **that a warrant is issued for the defendant's arrest, and he appear for a bail violation hearing.**

ORDER OF COURT

Considered and ordered this 25th day of April, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Claire C. Cecchi
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

Kenneth Rowan
U.S. Pretrial Services Officer

PS 10
(8/88)

# United States District Court
## for the
## District of New Jersey

U.S.A. vs Patrick Musa                                   Docket No. 07CR-275

TO: [1] **Any United States Marshal or any agent of the FBI**

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>**Patrick Musa** | SEX<br>M | RACE<br>B | AGE<br>27 |
| ADDRESS (STREET, CITY, STATE)<br>As of April 20, 2007, Essex County Jail. LKA: 382 Walling Ford Terrace, Union, New Jersey 07083 | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>**The Honorable Esther Salas**<br>**U.S. Magistrate Judge**<br>U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07101 | | | |
| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>Justin T. Quinn | | DATE<br>4/25/07 |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."